**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUAN CARLOS ORTEGA LARA,** ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **RAYMOND MADEN, Warden,** ) <br> ) <br> Respondent. ) <br> _____ ) | **NO. EDCV 17-0474-ODW (KS)** <br><br> **JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 26, 2018

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

1